UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COY PHELPS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-11218-JLT |
| | * | |
| LOCAL 0222, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

August 25, 2010

TAURO, J.

    This court ACCEPTS and ADOPTS the August 20, 2010 Report and Recommendation [#61] of Chief Magistrate Judge Dein. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendants' <u>Motion to Dismiss Plaintiff's Amended Complaint</u> [#42], <u>Motion to Dismiss</u> [#45], and <u>Motion to Dismiss</u> [#56] are ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

                                                                      /s/ Joseph L. Tauro
                                                         United States District Judge